```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/11/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BRIAN MURRAY,

                Plaintiff,

  -against-

SPX FLOW, INC. et al,

                Defendants.
------------------------------------------------------------X

**22 Civ. 01267 (PAC)**

**ORDER OF DISMISSAL**

HONORABLE PAUL A. CROTTY, United States District Judge:

      The above-entitled action has been on the Court's active docket since February 15, 2022, and there having been no activity since February 16, 2022, it is,

      ORDERED, that the above-entitled action is DISMISSED, without prejudice. Either party shall notify the Court in the event this matter should be reinstated. The Clerk of Court is directed to terminate this case.

Dated: New York, New York
       April 11, 2024

                                                SO ORDERED

                                          _____
                                          PAUL A. CROTTY
                                          United States District Judge